### No. 09-10467. Billy G. Asemani, Petitioner v. Mr. Chronister, et al.

561 U.S. 1003, 130 S. Ct. 3479, 177 L. Ed. 2d 1053, 2010 U.S. LEXIS 5244.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 371 Fed. Appx. 392.

### No. 09M103. Pamela C. McCaffery, Petitioner v. Tina Hornbeak, Warden.

561 U.S. 1004, 130 S. Ct. 3492, 177 L. Ed. 2d 1053, 2010 U.S. LEXIS 5084.

June 21, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 09M104. John M. Vulpis, Petitioner v. Florida.

561 U.S. 1004, 130 S. Ct. 3492, 177 L. Ed. 2d 1053, 2010 U.S. LEXIS 5082.

June 21, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 09M105. Curtis Brunkhorst, Petitioner v. Guy D. Pierce, Warden.

561 U.S. 1004, 130 S. Ct. 3492, 177 L. Ed. 2d 1053, 2010 U.S. LEXIS 5097.

June 21, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 09M106. Sealed Petitioner, Petitioner v. United States.

561 U.S. 1004, 130 S. Ct. 3492, 177 L. Ed. 2d 1053, 2010 U.S. LEXIS 5156.

June 21, 2010. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

### No. 09-1444. In re Daniel G. Anderson, et al., Petitioners.

561 U.S. 1004, 130 S. Ct. 3492, 177 L. Ed. 2d 1053, 2010 U.S. LEXIS 5181.

June 21, 2010. Motion of petitioners to expedite consideration of the petition for writ of mandamus denied.